1 | **BRYAN CAVE LLP**
Christopher L. Dueringer, California Bar No. 173746
2 | 120 Broadway, Suite 300
Santa Monica, CA 90401-2386
3 | Telephone:  310-576-2100
Facsimile:   310-576-2200
4 | Email:       cldueringer@bryancave.com

5 | **BRYAN CAVE LLP**
Andrea M. Hicks, California Bar No. 219836
6 | Two Embarcadero Center, Suite 1410
San Francisco, CA  94111
7 | Telephone:   415-675-3400
Facsimile:    415-675-3434
8 | E-mail:        hicksa@bryancave.com

9 | Attorneys for Defendants
BAC HOME LOANS SERVICING, LP, RECONTRUST COMPANY, N.A. and WELLS
10 | FARGO BANK, N.A, AS TRUSTEE FOR SECURITIZED ASSET BACK RECEIVABLES,
LLC 2005-HEI MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HEI

11 |

12 | **UNITED STATES DISTRICT COURT**

13 | **NORTHERN DISTRICT OF CALIFORNIA**

14 |

15 | ALBERT RUBIO; and SHANNON RUBIO,    | Case No. 3:10-cv- 05618 MEJ

16 |                    Plaintiffs,     | **JOINT STIPULATION AND [PROPOSED]**
**ORDER EXTENDING DEFENDANTS'**
17 |        vs.                         | **TIME TO RESPOND TO  COMPLAINT**
**AND EXTENDING PLAINTIFFS' TIME**
18 | BAC HOME LOANS SERVICING, LP,       | **TO MOVE FOR REMAND**
RECONTRUST COMPANY, N.A., WELLS
19 | FARGO BANK, N.A, AS TRUSTEE FOR     | **[N.D. Local Rules 6-1(a), 7-1]**
SECURITIZED ASSET BACK
20 | RECEIVABLES, LLC 2005-HEI
MORTGAGE PASS-THROUGH
21 | CERTIFICATES, SERIES 2005-HEI:
HOMEQ SERVICING CORPORATION; and
22 | DOES 1 through 100, Inclusive,

23 |                    Defendants.

24 |

25 |

26 |

27 |

28 |

_Two Embarcadero Center, Suite 1410_
_San Francisco, CA 94111-3907_
_Bryan Cave LLP_

SF01DOCS\24297.2

1

## STIPULATION

Defendants BAC Home Loans Servicing, LP, ReconTrust Company, N.A., and Wells Fargo Bank, N.A., as Trustee, ("Defendants") and Plaintiffs Albert and Shannon Rubio ("Plaintiffs") by and through their counsel of record, hereby stipulate and agree as follows:

1.  Plaintiffs filed their Complaint against Defendants on October 29, 2010;

2.  On December 10, 2010, Defendants timely removed this action to this Court from the Superior Court of California, County of Contra Costa;

3.  The original deadline to file a responsive pleading to Plaintiffs' Complaint was December 17, 2010, and thus this joint stipulation for an extension to respond is entered into and filed before the deadline;

4.  The stipulated extension to respond will not result in prejudice to any party and its potential impact on judicial  proceedings is insignificant;

5.  Plaintiffs and Defendants, by and through their undersigned counsel, stipulate and agree that the deadline for Defendants' response to Plaintiff's Complaint shall be extended to and including January 17, 2011.

6.  Plaintiffs and Defendants, by and through their undersigned counsel, further stipulate and agree, subject to applicable law, to extend the deadline for a motion to remand pursuant to 28 U.S.C. § 1447(c) to and including February 10, 2011.

Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Defendants may wish to assert in their responsive pleadings, all of which are expressly reserved. This stipulation shall not constitute any party's consent to either removal or remand, nor waive any defenses or arguments that any party may have relating thereto.

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-5907

1    **IT IS SO STIPULATED.**

2    Dated:  December 17, 2010          **REYES LAW GROUP**

3                                      Steven Kitagawa
                                       Rogi M. Sanchez
4

5                                      By: _____

6                                          Rogi M. Sanchez
                                       Attorneys for Plaintiffs
7                                      ALBERT & SHANNON RUBIO

8    Dated:  December 17, 2010          **BRYAN CAVE LLP**

9                                      Christopher L. Dueringer
                                       Andrea M. Hicks
10

11                                     By: _____

12                                         Andrea M. Hicks
                                       Attorneys for Defendants
13                                     BAC HOME LOANS SERVICING, LP,
                                       RECONTRUST COMPANY, N.A. AND WELLS
14                                     FARGO BANK, N.A, AS TRUSTEE FOR
                                       SECURITIZED ASSET BACK RECEIVABLES,
15                                     LLC 2005-HEI MORTGAGE PASS-THROUGH
                                       CERTIFICATES, SERIES 2005-HEI
16

17                      [~~PROPOSED~~] ORDER

18        Having read and considered the Stipulation and all papers submitted by the parties in

19   support, and good cause appearing therefore,

20        IT IS HEREBY ORDERED that:

21        The Stipulation to extend time to file a motion for remand is granted. Plaintiff shall have to

22   and including February 10, 2011, to file a motion to remand the case.

23        IT IS SO ORDERED.

24

25   December 20 , 2010
     _____          _____
26                                      Magistrate Judge Maria-Elena James
                                        United States District Court
27                                      Northern District of California

28

SF01DOCS\24297.2                          3

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907